**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7243**

_____

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

  v.

RAHEEM ABDUS SALAM JOHNSON,

     Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge. (4:08-cr-00876-RBH-2)

_____

Submitted:  November 19, 2015   Decided:  November 24, 2015

_____

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Raheem Abdus Salam Johnson, Appellant Pro Se.  William E. Day, II, Christopher Dolan Taylor, Assistant United States Attorneys, Florence, South Carolina, Carrie Fisher Sherard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raheem Abdus Salam Johnson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction under Amendment 782 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Johnson, No. 4:08-cr-00876-RBH-2 (D.S.C. July 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED